# Supreme Court of Florida

THURSDAY, AUGUST 24, 2023

Guillermo Octavio Arbelaez,
          Appellant(s)

v.

State of Florida,
          Appellee(s)

**SC2015-1628**

Lower Tribunal No(s).:
131988CF0055460001XX

_____

Guillermo Octavio Arbelaez,
          Petitioner(s)

v.

Ricky D. Dixon, etc.
          Respondent(s)

**SC2018-0392**

Lower Tribunal No(s).:
131988CF0055460001XX

The "Motion for Rehearing" filed by the Appellant/Petitioner is hereby denied.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.
LABARGA, J., concurs with an opinion.
SASSO, J., did not participate.

LABARGA, J., concurring.

I continue to adhere to my dissent in *Arbelaez v. State*, 48 Fla. L. Weekly S88 (Fla. May 25, 2023), wherein I reaffirmed my dissenting view in *Phillips v. State*, 299 So. 3d 1013 (Fla. 2020), and

my belief that *Hall v. Florida*, 572 U.S. 701 (2014), applies

retroactively.

However, I agree that Arbelaez has not established a basis for

this Court to grant rehearing. Consequently, I have voted to deny

rehearing.

A True Copy
Test:

SC2015-1628 8/24/2023
SC2018-0392 8/24/2023

John A. Tomasino
Clerk, Supreme Court
SC2015-1628 8/24/2023
SC2018-0392 8/24/2023



SO

Served:

CAP APPEALS ATTORNEY GENERAL TLH
LESLIE T. CAMPBELL
TODD G. SCHER
MIAMI-DADE CLERK